## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hardimon, Blanche L | Case Number:  05 B 05124 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  2/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  November 29, 2007

Confirmed:  May 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,450.00 | |
| Secured: | | 5,997.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,055.20 |
| Trustee Fee: | | 397.15 |
| Other Funds: | | 0.00 |
| Totals: | 8,450.00 | 8,450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,480.20 | 2,055.20 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 6,406.81 | 3,213.48 |
| 4. | Household Financial Corporation | Secured | 5,344.37 | 2,784.17 |
| 5. | Comcast Cablevision | Unsecured | 139.37 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 229.67 | 0.00 |
| 7. | Sherman Acquisition | Unsecured | 238.53 | 0.00 |
| 8. | SBC | Unsecured | 20.00 | 0.00 |
| 9. | Sherman Acquisition | Unsecured | 216.81 | 0.00 |
| 10. | HSBC Auto Finance | Unsecured | 264.02 | 0.00 |
| 11. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 13. | AT&T Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,339.78 | $ 8,052.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 58.49 |
| 5.5% | 143.00 |
| 5% | 16.27 |
| 4.8% | 109.19 |
| 5.4% | 70.20 |
| | _____ |
| | $ 397.15 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hardimon, Blanche L

Printed:  1/15/08

Case Number:  05 B 05124

Judge:  Wedoff, Eugene R

Filed:  2/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____